# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ChiroChicago Chiropractic & Sports Injury Center, Ltd. , <br><br> Plaintiff(s), <br><br> v. <br><br> Nirvana Search, Inc. et al, <br><br> Defendant(s). | Case No. 15-cv-3815 <br> Judge Sara L. Ellis |

## **ORDER**

It is hereby ordered that this action is dismissed pursuant to the terms set forth in the Notice of Dismissal [21].


Date: 8/11/2015                                            /s/ Sara L. Ellis